BART M. BOTTA, State Bar No. 167051
JUNE T. MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Plaintiff
FRESHPOINT SOUTHERN CALIFORNIA, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHPOINT SOUTHERN CALIFORNIA, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAKAM FOODS SERVICES, INC., a corporation dba SIZZLER NO. 397, SIZZLER NO. 1099 and SIZZLER NO. 584; SYED HUSSAIN, an individual,<br><br>Defendant. | CASE NO. SACV04-00258-GLT (Anx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK |

Having read and considered Plaintiff's application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff FRESHPOINT SOUTHERN CALIFORNIA, INC. and against Defendants

PAKAM FOODS SERVICES, INC., a corporation dba SIZZLER NO. 397, SIZZLER NO. 1099 and SIZZLER NO. 584; and SYED HUSSAIN, an individual, in the following amounts:

| | | |
|---|---|---|
| a. Total judgment | | $18,551.04 |
| Principal | $15,702.66 | |
| Pre-Judgment Interest | $2,848.38 | |
| b. Costs after judgment | | -0- |
| c. Subtotal | | $18,551.04 |
| d. Credits after judgment | | -0- |
| e. Subtotal | | $18,551.04 |
| f. Interest after judgment at 2.12% (from 7-28-04 to 7-2-14) | | $3,299.66 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $21,850.70 |

Plaintiff shall continue to recover post-judgment interest at 2.12% per annum on the unpaid balance until fully paid.

DATED: 07/17/2014           By: s/ J. Remigio
                                CLERK, U.S. DISTRICT COURT